## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Joao Tshiamo Pedro**

     v.                             Case No. 26-cv-190-PB-TSM

**Patricia Hyde, Director, Boston Field Office,**
**U.S. Customs and Immigration Enforcement, et al.**

### ORDER

After the government notified the Court that Joao Tshiamo Pedro received the bond hearing he sought on March 31, 2026, <u>see</u> Doc. 9, I ordered Pedro to show cause within seven days why his petition should not be dismissed. Doc. 10. Pedro has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

April 14, 2026

cc:    Counsel of Record